■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROXANNE WILLIAMS, Appellant. [25 NYS3d 869]—Judgment of resentence, Supreme Court, New York County (Lewis Bart Stone, J.), rendered October 11, 2012, convicting defendant, upon her plea of guilty, of violation of probation, revoking her sentence of probation and resentencing her to a term of one year, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of 364 days, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Acosta, J.P., Renwick, Andrias and Moskowitz, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVON ANDREWS, Appellant. [25 NYS3d 870]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Robert M. Stolz, J.), rendered on or about April 17, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Renwick, Andrias and Moskowitz, JJ.